IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-165 |
| | § | |
| CATHERINE SANOUBANE | § | |
| JOSE MIGUEL BATISTA | § | |

**O R D E R**

Defendant Batista filed a motion for continuance, (Docket Entry No. 22). The government and the codefendant are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | August 1, 2011 |
| Responses are to be filed by: | August 15, 2011 |
| Pretrial conference is reset to: | **August 22, 2011 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 29, 2011 at 9:00 a.m.** |

SIGNED on May 5, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge