IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-11-165 |
| | § |
| CATHERINE SANOUBANE | § |
| JOSE MIGUEL BATISTA | § |
| DIN REGINA CHANEY | § |
| DENNIS HANNAH JR. | § |
| NATHANIEL GORDON III | § |

**O R D E R**

The government filed an unopposed motion for continuance of the sentencing hearings, (Docket Entry No. 195). The motion for continuance is GRANTED. The sentencing hearing is reset to **October 24, 2013 at 9:00 a.m.** Probation will disclose the presentence report by September 16, 2013. Objections to the report are to be filed by October 11, 2013.

SIGNED on May 9, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge