IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-165 |
| | § | |
| CATHERINE SANOUBANE, *et al.* | § | |

**O R D E R**

Defendants Sanoubane, Batista, Chaney, Gordon and Hannah all filed unopposed motions to extend the deadline to file objections to the presentence report. (Docket Entry Nos. 256-260). The motions are granted. The objections must be filed by April 14, 2014.

SIGNED on March 31, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge